# EXHIBIT A

Sheet1

| Basic Estimation of damages (as of the end of January 2009): | "As of" Date: 01/31/09 | | |
|---|---|---|---|
| | Damage | Start Date | End |
| Back pay at Level 5 engineer salary: | $82,225 | 06/01/08 | 0 |
| Back pay for basic benefits (not including relocation; ~50% of salary): | $40,110 | 06/01/08 | 0 |
| Lost pension/health plan (2/3 of current salary in retirement at age 65 to age 105, PV): | $1,078,653 | 01/01/30 | 1 |
| Lost relocation benefits (see table below, but use either this or per diem benefits) | | | |
| Lost future DC area EDY benefits (48 noncontiguous months at ~$300/day): | $438,000 | | |
| Back pay differential for Level 6 engineer in DC: | $139,807 | 06/01/07 | 0 |
| 5 years Front pay for Level 6 engineer in DC: | $1,033,325 | 01/31/09 | 0 |
| Lost Level 6 salary raises (5 years @ 4% annual: ~ 30% of 2007 L6 pay): | $62,000 | | |
| Compensation for loss of pending TS security clearance (15% pay, 3 years): | $92,999 | | |
| Compensation for permanent loss of clearance (PV; no job age 48 to 65): | $1,917,278 | | |
| Compensation for 30 personal FMLA days not taken due interference: | $1,650 | | |
| Compensation for lost training and lost career potential (~ 30% of L6 front pay): | $309,998 | | |
| Other Tort Damages: | $468,000 | | |
| Theft damages: $791 x 3: | $2,373 | | |
| Damage to LM indirect employee potential (100% of L6 front pay): | $1,033,325 | | |
| Compensation due FMLA interference* | $285,120,000 | | |
| **TOTAL ECONOMIC DAMAGES** | $291,819,742 | | |
| **LIQUIDATED DAMAGES** (= economic damages): | $291,819,742 | | |
| **NON-ECONOMIC TORT DAMAGES** (max under CO law): | $468,000 | | |
| **ACTUAL DAMAGES (Economic + Liquidated + Tort)** | $584,107,483 | | |
| **PUNITIVE DAMAGES** (= actual damages not FMLA): | $6,699,742 | | |
| **PREJUDGMENT INTEREST** @ 8% annual: | $47,264,578 | | |
| **LEGAL FEES (2000 hours @ $300/hr):** | $600,000 | | |
| **TOTAL ESTIMATED FULL DAMAGE:** | $638,671,803 | | |
| **TOTAL EST. AWARD DAMAGE (assume avg 80% chance award each item):** | $510,937,442 | | |
| Damages to STONE | $7,167,742 | | |

**Relocation-King of Prussia, PA**

| | | |
|---|---|---|
| Relo allowance | $10,000 | Month salary |
| HH Trip | $3,000 | Gross estimate, |
| Temp Living (60/45 days, car, 100/50% per diem) | $20,363 | Spouse is reduce |
| Property Mgmt (3 years) | $5,400 | Assume $150/mo |

Sheet1

| | | |
|---:|---:|---|
| Rental Differential (3 years) | $32,760 | Residence rent $ |
| Mortgage Interest Differential | $0 | Lower interest ra |
| Home Purchase Closing | $22,610 | 5% of (zillow esti |
| Final Move | $1,000 | Gross estimate |
| HHG Shipment | $5,000 | Gross estimate |
| Tax Assistance | $28,037 | 28% of sum of pr |
| Prior Home Purchase | <u>$46,800</u> | Value of a sure b |
| **TOTAL RELO BENEFIT** | *$174,970* | |

**<mark>* FMLA Damages</mark>**
**<u>Assumptions:</u>**
The only way to compensate for mass interference is to compensate directly for FMLA eligible, but not taken *(a person's family time is worth no less than their wage)*
Assume 60% of employees eligible and have not taken any FMLA
$30 equivalent hourly employee wage
Willful, so compensate for 3 years of FMLA: 12 weeks/yr, 40 hrs/week, $30hr wage
**<u>Calculations</u>**

| | |
|---|---:|
| Total FMLA compensation per avg eligible *(3 yrs*12 weeks/yr*40 hrs/week*$30/hr)* | $43,200 |
| Total Compensation for all employees *(Assume 11,000 LM employees, 60% eligible)* | $285,120,000 |

Page 2

Case 1:08-cv-02522-REB-KMT    Document 36-2    Filed 01/28/2009    USDC Colorado    Page 3 of 3