**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02522-REB-KMT

CHRISTOPHER E. STONE, for himself and similarly situated employees,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, a Maryland corporation,

    Defendant.

**ORDER FOR ENTRY OF JUDGMENT**

**Blackburn, J.**

    This matter is before me *sua sponte*. On September 24, 2009, I entered an order [#84] granting the motion to dismiss of defendant Lockheed Martin Corporation under FED. R. CIV. P. 8. Additionally, I dismissed the plaintiff's claims against the individual defendants under FED. R. CIV. P. 4(m). In that order I gave the plaintiff until October 26, 2009, to file an amended complaint that complies with the requirements of FED. R. CIV. P. 8. Further, I directed that, absent such a filing, the court would dismiss this case and enter judgment based on the dismissal of the plaintiff's complaint. The plaintiff has filed nothing in this case since I entered my order [#84] of September 24, 2009.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **JUDGMENT SHALL ENTER** against the plaintiff, Christopher E. Stone, and in favor of the defendants, Lockheed Martin Corporation, a Maryland Corporation, Robert J. Stevens (also named as Robert J. Steven), Brent Thoden, J. Michael Conley, Michael Keyack, Alice Eldridge, Terry Jefferson, Francine Lessard, Grant Castleberry,

Wanda Hunter, and Max Beal;

    2.  That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

    3.  That this case is **DISMISSED**.

Dated February 4, 2010, at Denver, Colorado.

                                           **BY THE COURT:**

                                           */s/ Robert E. Blackburn*
                                           Robert E. Blackburn
                                           United States District Judge